UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NELSON J. AGUIRRES ) <br>     Plaintiff ) <br> ) <br> v. ) <br> ) <br> SHAMROCK MOTORS LLC ) <br>     Defendant ) <br> _____) | CIVIL ACTION NO. <br><br><br><br><br><br> DECEMBER 7, 2016 |

## COMPLAINT

### I.  INTRODUCTION

1. This is an action brought by a consumer against an automobile dealership for violation of the Truth in Lending Act ("TILA"), 15 U.S.C. §§ 1601 *et seq.,* and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. §§ 42-110a *et seq*.

### II.  PARTIES

2. Plaintiff, Nelson J. Aguirres ("Aguirres"), is a consumer residing in Holyoke, Massachusetts.

3. Defendant, Shamrock Motors LLC ("Shamrock Motors"), is a Connecticut limited liability company that operates an automobile dealership in East Windsor, Connecticut.

### III.  JURISDICTION

4. This Court has jurisdiction over this action pursuant to 15 U.S.C. § 1640(e) and Fed. R. Civ. P. 18(a).

5. This Court has jurisdiction over Shamrock Motors because it is located in Connecticut and organized under the laws of the state of Connecticut.

6.  Venue in this Court is proper because the transaction alleged herein occurred in this state.

## IV.  FACTUAL ALLEGATIONS

7.  Prior to February 17, 2016, Plaintiff saw a 2006 Infiniti G35X (the "Infiniti" or the "Vehicle") advertised on Craigslist for a sale price of approximately $8,000.

8.  The advertisement on Craigslist had a link that went directly to Shamrock Motors' website.

9.  Prior to February 17, 2016, Plaintiff went to Shamrock Motors to look at vehicles and met with a Shamrock Motors salesman, Charlie.

10.  On or about February 17, 2016, Plaintiff returned to Shamrock Motors to sign the purchase paperwork and take delivery of the Vehicle.

11.  Plaintiff agreed to pay, and Shamrock Motors agreed to accept, a down payment of $1,500.

12.  Shamrock Motors prepared a Retail Installment Contract (the "Contract") that listed a cash sale price of $10,680.32, including $655.32 in sales tax, an amount that was higher than the advertised price.

13.  The Contract listed a cash down payment of $3,100, even though Plaintiff paid only $1,500 down.

14.  Although the purchase order and the Contract reflected a stated cash price of $10,025.00, the effective cash price of the Infiniti, once the false $1,600 down payment is subtracted, was only $8,425.

15.  The sales tax in the transaction was calculated based upon the stated cash price of $10,025.00, resulting in an increase to the sales tax of $101.60.

16. Shamrock Motors inflated the sale price of the Infiniti in order to offset the inflated down payment, in order to mislead Digital Credit Union into believing that the transaction satisfied its criteria for accepting the assignment of the Contract.

## V.  CAUSES OF ACTION

### A.  TRUTH IN LENDING ACT

19. Paragraphs 1-18 are incorporated.

20. Shamrock Motors violated TILA in connection with the Contract by listing a false down payment on the Contract.

21. This increased portion of the sales tax should have been included in the finance charge and included in the annual percentage rate of interest calculation, because the excess sales tax was an additional cost to Plaintiff imposed by Shamrock Motors as a condition of financing, and it would not have been charged in a comparable cash purchase.

22. Shamrock Motors is liable to Plaintiff for actual damages in the amount of the excess sales tax plus statutory damages of $2,000 for the TILA violation.

### B.  CONNECTICUT UNFAIR TRADE PRACTICES ACT

23. Paragraphs 1-22 are incorporated.

24. Shamrock Motors violated CUTPA in the following ways:

   a. It sold the Infiniti for more than the advertised price;

   b. It falsely stated that Plaintiff paid a $3,100 down payment even though only $1,500 was paid.

25. Shamrock Motor's conduct, as aforedescribed, was deceptive and unfair and in violation of CUTPA, and it has caused Plaintiff to suffer ascertainable losses and

4

damages in that he paid more than the advertised price for the Infiniti and he paid a higher sales tax charge.

26.   Shamrock Motors is liable to Plaintiff for his damages plus punitive damages and a reasonable attorney's fee.

**Wherefore, Plaintiff claims** actual damages, statutory damages of $2,000, punitive damages and attorney's fees and costs.

                              PLAINTIFF, NELSON J. AGUIRRES

                          By: /s/ *Daniel S. Blinn*
                                Daniel S. Blinn (ct02188)
                                dblinn@consumerlawgroup.com
                                Consumer Law Group, LLC
                                35 Cold Spring Rd. Suite 512
                                Rocky Hill, CT  06067
                                Tel. (860) 571-0408
                                Fax (860) 571-7457