UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NELSON J. AGUIRRES )<br>    Plaintiff                        )<br>                                  )<br>v.                                  )<br>                                  )<br>SHAMROCK MOTORS LLC  )<br>    Defendant              )<br>_____)| CIVIL ACTION NO.<br>3:16-CV-02003-JCH<br><br><br><br><br><br>FEBRUARY 1, 2017 |

## AMENDED COMPLAINT

### I.  INTRODUCTION

1. This is an action brought by a consumer against an automobile dealership for violation of the Truth in Lending Act ("TILA"), 15 U.S.C. §§ 1601 *et seq.,* and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. §§ 42-110a *et seq*.

### II.  PARTIES

2. Plaintiff, Nelson J. Aguirres ("Aguirres"), is a consumer residing in Holyoke, Massachusetts.

3. Defendant, Shamrock Motors LLC ("Shamrock Motors"), is a Connecticut limited liability company that operates an automobile dealership in East Windsor, Connecticut.

### III.  JURISDICTION

4. This Court has jurisdiction over this action pursuant to 15 U.S.C. § 1640(e) and Fed. R. Civ. P. 18(a).

5. This Court has jurisdiction over Shamrock Motors because it is located in Connecticut and organized under the laws of the state of Connecticut.

6.  Venue in this Court is proper because the transaction alleged herein occurred in this state.

## IV.  FACTUAL ALLEGATIONS

7.  On or about February 17, 2016, Plaintiff visited Shamrock Motors and saw a 2006 Infiniti G35X (the "Infiniti" or the "Vehicle") that he discussed with a salesman, Charlie.

8.  Plaintiff agreed to pay, and Shamrock Motors agreed to accept, a down payment of $1,500, towards the purchase of the Vehicle.

9.  Shamrock Motors prepared a Retail Installment Contract (the "Contract") that listed a cash sale price of $10,680.32, including $655.32 in sales tax, an amount that was higher than the advertised price.

10. The Contract listed a cash down payment of $3,100, even though Plaintiff paid only $1,500 down.

11. Although the purchase order and the Contract reflected a stated cash price of $10,025.00, the effective cash price of the Infiniti, once the false $1,600 down payment is subtracted, was only $8,425.

12. The sales tax in the transaction was calculated based upon the stated cash price of $10,025.00, resulting in an increase to the sales tax of $101.60.

13. Shamrock Motors inflated the sale price of the Infiniti in order to offset the inflated down payment, in order to mislead Digital Credit Union into believing that the transaction satisfied its criteria for accepting the assignment of the Contract.

## V.  CAUSES OF ACTION

### A.  TRUTH IN LENDING ACT

14. Paragraphs 1-13 are incorporated.

15. Shamrock Motors violated TILA in connection with the Contract by listing a false down payment on the Contract.

16. This increased portion of the sales tax should have been included in the finance charge and included in the annual percentage rate of interest calculation, because the excess sales tax was an additional cost to Plaintiff imposed by Shamrock Motors as a condition of financing, and it would not have been charged in a comparable cash purchase.

17. Shamrock Motors is liable to Plaintiff for actual damages in the amount of the excess sales tax plus statutory damages of $2,000 for the TILA violation.

### B.  CONNECTICUT UNFAIR TRADE PRACTICES ACT

18. Paragraphs 1-17 are incorporated.

19. Shamrock Motors violated CUTPA by falsely stating that Plaintiff paid a $3,100 down payment even though only $1,500 was paid.

20. Shamrock Motor's conduct, as aforedescribed, was deceptive and unfair and in violation of CUTPA, and it has caused Plaintiff to suffer ascertainable losses and damages in that he paid a higher sales tax charge.

21. Shamrock Motors is liable to Plaintiff for his damages plus punitive damages and a reasonable attorney's fee.

**Wherefore, Plaintiff claims** actual damages, statutory damages of $2,000, punitive damages and attorney's fees and costs.

PLAINTIFF, NELSON J. AGUIRRES

By: /s/ *Daniel S. Blinn*
Daniel S. Blinn (ct02188)
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd. Suite 512
Rocky Hill, CT  06067
Tel. (860) 571-0408
Fax (860) 571-7457

## CERTIFICATION

I hereby certify that on this 1st day of February, 2017, a copy of the foregoing Amended Complaint was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

 /s/ *Daniel S. Blinn*
Daniel S. Blinn